MARY BADARACCO, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued October 14, 1947; decided November 13, 1947.

*Charles E. Murphy*, Corporation Counsel (*Joseph F. Mulqueen, Jr.*, and *Seymour B. Quel* of counsel), for appellant.

*Ambrose V. McCall* and *Joseph F. O'Neill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.